# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133884

SHAQUITA GREENWOOD, Personal
Representative of the ESTATE OF LAVERNE
GREENWOOD, Deceased,
        Plaintiff-Appellant,

v

COLONY ARMS LIMITED DIVIDEND
HOUSING ASSOCIATION LIMITED
PARTNERSHIP, AMERICAN APARTMENT
MANAGEMENT COMPANY, INC., and
PEI, INC.,
        Defendants-Appellees,

and

NLR CORPORATION, d/b/a JAY RYAN
MANAGEMENT COMPANY, and
JEFFERSON AVENUE LIMITED,
        Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133884
COA: 265531
Wayne CC: 04-403939-NO

On order of the Court, the application for leave to appeal the March 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

s0723